# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | CALIFORNIA

UNITED STATES OF AMERICA

v.

DREW GERALD TAKACS

**APPEARANCE**

Case Number: 07MJ2644

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DREW GERALD TAKACS

I certify that I am admitted to practice in this court.

| 11/14/2007 | /s/ SHAFFY MOEEL |
|---|---|
| Date | Signature |
| | Shaffy Moeel / Federal Defenders of SD — 238732 |
| | Print Name / Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA 92101 |
| | City / State / Zip Code |
| | (619) 234-8467 / (619) 687-2666 |
| | Phone Number / Fax Number |

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

| | |
|---|---|
| Dated: November 14, 2007 | _____/s/ Shaffy Moeel_____<br>SHAFFY MOEEL<br>Federal Defenders of San Diego, Inc.<br>225 Broadway, Suite 900<br>San Diego, CA 92101-5030<br>(619) 234-8467  (tel)<br>(619) 687-2666  (fax)<br>e-mail: Shaffy_Moeel@fd.org |